In the Matter of the Final Judicial Settlement of the Account of Proceedings of Arthur T. Hills, as Executor, etc., of Margaret Isabella Williams, Deceased.    Abraham Lincoln Underwood, Appellant; William Gaul, Respondent.— Order of the Surrogate's Court of Westchester county affirmed, with ten dollars costs and disbursements.   No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

In the Matter of the Application of Albert H. Johnson, Respondent, v. Henry Moskowitz and Others, Composing the Municipal Civil Service Commission of the City of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

In the Matter of the Disposition of the Real Property of Christian H. Miller, Otherwise Known as Christian H. Meller, Deceased, etc.   Dora A. Meller, Appellant; Andrew Hunter, Respondent.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion.   Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

In the Matter of Supplementary Proceedings of Louis Rosenthal, as Administrator, etc., Respondent, v. Rose Rachlin, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements, and matter remitted to a judge of said court to fix the time and place for the judgment debtor to appear for examination under the orders of May first and May fourth.   No opinion.   Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

## FIRST DEPARTMENT, JUNE, 1914.

AUDITORIUM COMPANY, Appellant, v. SAM S. SHUBERT BOOKING AGENCY, Respondent.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 29th day of October, 1913, setting aside a verdict and ordering a new trial on the ground that the verdict was contrary to the evidence and to the weight of the evidence.

PER CURIAM: We think there was a question of fact for the jury as to whether this contract was made in New York, which would give the court jurisdiction; and that question having been submitted to the jury, and the jury having decided it in favor of the plaintiff, the verdict was sustained by the evidence.   The order appealed from should, therefore, be reversed with costs, and the verdict reinstated.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.; Scott and Dowling, JJ., dissented.   Order reversed, with costs, and verdict reinstated.   Order to be settled on notice.

In the Matter of The Northern Bank of New York, in Liquidation.   In the Matter of the Application of the City of New York, Appellant, for an Order Directing the Superintendent of Banks, Respondent, to Pay Its Claim as a Preferred Claim.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Mr. Justice Lehman at Special Term. (Reported in 85 Misc. Rep. 594.)   Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.